## LOWE v. STATE.
### No. 16370.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

J. W. Ragsdale, of Victoria, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder, punishment being one year in the penitentiary.

The indictment properly charges the offense. The record is before us without a statement of facts or bill of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.

## VAUGHAN v. STATE.
### No. 16398.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## KEY v. STATE.
### No. 16400.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

R. H. Ratliff, of Colorado, Tex., for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is possessing intoxicating liquor for the purpose of sale; the punishment, confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.